ARKANSAS PUBLIC SERVICE COMMISSION *v.*
UNITED STATES ET AL.

No. 197.  Decided October 14, 1957.

*Harry E. McDermott, Jr.* for appellant.

*Solicitor General Rankin, Assistant Attorney General Hansen, Robert W. Ginnane* and *Samuel R. Howell* for the United States and the Interstate Commerce Commission, appellees.

*Toll R. Ware, Clyde W. Fiddes* and *Pat Mehaffy* for the Missouri Pacific Railroad Co. et al., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE WHITTAKER took no part in the consideration or decision of this case.